Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Jonathan Callender

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DIVISION

| | |
|---|---|
| Jonathan Callender,<br><br>Plaintiff,<br><br>v.<br><br>Goldman Sachs Bank USA,<br><br>Defendants. | Case No.: 2:22-cv-08875-FLA-JC<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT GOLDMAN SACHS BANK USA, |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Jonathan Callender and defendant Goldman Sachs Bank USA, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of Goldman Sachs Bank USA, within 28 days once the settlement is finalized.

**Gale, Angelo, Johnson, & Patrick, P.C.**

Dated: March 29, 2023      /s/ *Joe Angelo*
                                             Joe Angelo
                                             Attorney for Plaintiff

NOTICE OF SETTLEMENT - 1