1  Joe Angelo (Bar No. 268542)
   jangelo@gajplaw.com
2  Gale, Angelo, Johnson, & Patrick, P.C.
   1430 Blue Oaks Blvd., Ste. 250
3  Roseville, California 95747
   Telephone: 916-290-7778
4  Facsimile: 916-721-2767

5  Attorneys for Plaintiff
   Jonathan Callender

6

7              UNITED STATES DISTRICT COURT

8        CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

9

10 | Jonathan Callender              | Case No.: 2:22-cv-08875-FLA-JC

11 |     Plaintiff,

12 |     vs.                         | **STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANT GOLDMAN SACHS BANK USA**

13 | Goldman Sachs Bank USA

14 |     Defendant.

15

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between Plaintiff Jonathan Callender and Defendant Goldman Sachs Bank USA ("Goldman Sachs") that Goldman Sachs be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED:  May 18, 2023  **Gale, Angelo, Johnson, & Patrick, P.C.**

By: /s/ Joe Angelo
Joe Angelo
Attorneys for Plaintiff
Jonathan Callender

DATED:  May 18, 2023  **Morgan Lewis & Brockius LLP**

By: /s/ Marcos Sasso
Marcos Sasso
Attorneys for Defendant
Goldman Sachs Bank USA

## ATTESTATION

The undersigned hereby attests that all signatories listed above, and on whose behalf this Stipulation is submitted, concur in and have authorized the filing of this Stipulation. (*L.R. 5-4.3.4*).

/s/ Joe Angelo
Joe Angelo